UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | D.D.C. Case No. 22-mj-112-RMM |
| | : | |
| RODNEY KENNETH MILSTREED, | : | (D.Co. Case No. 22-mj-93-MEH) |
| | : | |
| Defendant. | : | |
| | : | |

### UNITED STATES' REPORT REGARDING PHOTO AND VIDEO EVIDENCE AND POSITION REGARDING PUBLIC RELEASE

Per the Court's May 27, 2022 minute order, the United States hereby provides the following information relating to its exhibits and photo and video evidence described in the government's Motion for Review and Appeal of Release Order, Dkt. No. 5.

### I. Exhibit List

The following exhibits, referenced in the government's Motion, will be filed as a supplement available on ECF/PACER. Note that times referenced within the Facebook records reflect UTC time, five hours ahead of Eastern Standard Time on January 6, 2021. Many of the Facebook messages include the exchange of photographs, embedded in these exhibits.

| Exh # | Description | Source | Length and Time or Date | Location Depicted |
| --- | --- | --- | --- | --- |
| 1 | Facebook exchange with Anne [Redacted] | Facebook SW | 11/5/2020 | n/a |
| 2 | Facebook exchange with Trent [Redacted] | Facebook SW | 11/9/2020 | n/a |
| 3 | Facebook exchange with Anne [Redacted] | Facebook SW | 11/11/2020 | n/a |
| 4 | Facebook comments posted by Milstreed | Facebook SW | 11/25/2020 | n/a |
| 5 | Facebook exchange with Marsha [Redacted] | Facebook SW | 12/20/2020 | n/a |
| 6 | Facebook exchange with Jeremy [Redacted] | Facebook SW | 12/22/2020 | n/a |

| 7 | Facebook comments posted by Milstreed | Facebook SW | 12/8/2020 | n/a |
|---|---|---|---|---|
| 8 | Facebook comments posted by Milstreed | Facebook SW | 12/8/2020 | n/a |
| 9 | Facebook exchange with Vanessa [Redacted] | Facebook SW | 12/26/2020 | n/a |
| 10 | Facebook exchange with Bob [Redacted] | Facebook SW | 12/27/2020 to 21/31/2020 | n/a |
| 11 | Facebook exchange with James [Redacted] | Facebook SW | 12/28/2020 | n/a |
| 12 | Facebook exchange with Patrick [Redacted] | Facebook SW | 12/29/2020 | n/a |
| 13 | Facebook exchange with Jerry [Redacted] | Facebook SW | 12/29/2020 | n/a |
| 14 | Facebook exchange with Jim [Redacted] | Facebook SW | 12/30/2020 | n/a |
| 15 | Facebook exchange with Anne [Redacted] | Facebook SW | 1/2/2021 | n/a |
| 16 | Facebook exchange with Anne [Redacted] | Facebook SW | 1/5/2021 | n/a |
| 17 | Facebook exchange with Cheryl [Redacted] | Facebook SW | 1/5/2021 | n/a |
| 18 | *See below* | | | |
| 19 | *See below* | | | |
| 20 | *See below* | | | |
| 21 | *See below* | | | |
| 22 | *See below* | | | |
| 23 | Facebook exchange with Anne [Redacted] | Facebook SW | 1/6/2021 | n/a |
| 24 | Facebook exchange with Chuck [Redacted] | Facebook SW | 1/6/2021 | n/a |
| 25 | Facebook exchange with Lisa [Redacted] | Facebook SW | 1/6/2021 | n/a |
| 26 | Facebook exchange with Tyler [Redacted] | Facebook SW | 1/6/2021 | n/a |
| 27 | Facebook exchange with Themla [Redacted] | Facebook SW | 1/7/2021 | n/a |
| 28 | Facebook exchange with Randy [Redacted] | Facebook SW | 1/8/2021 | n/a |
| 29 | Facebook exchange with Chuck [Redacted] | Facebook SW | 1/9/2021 | n/a |
| 30 | Facebook exchange with Anne [Redacted] | Facebook SW | 1/9/2021 | n/a |

| | | | | |
|---|---|---|---|---|
| 31 | Facebook exchange with Jerry [Redacted] | Facebook SW | 1/9/2021 | n/a |
| 32 | Facebook exchange with Edward [Redacted] | Facebook SW | 1/9/2021 | n/a |
| 33 | Facebook exchange with Jeremy [Redacted] | Facebook SW | 1/9/2021 | n/a |
| 34 | Facebook exchange with Lanny [Redacted] | Facebook SW | 1/9/2021 | n/a |
| 35 | Statement of Probable Cause relating to 2006 arrest [Redacted] | Baltimore Poli | 10/1/2006 | n/a |

## II. Video Exhibit List

The following video clips, referenced in the government's Motion, will be made available to the Court and defense counsel. Metadata including the time of each video taken from Milstreed's Facebook records have not yet been recovered, so the times listed below are approximate.

| Exh # | Description | Source | Length and Time or Date | Location Depicted |
|---|---|---|---|---|
| 18 | Video of Milstreed throwing flag | U.S. Capitol Police | Length: 3:04 min 1/6/2021 @ 1:10 pm | Upper West Plaza |
| 19 | Video from Milstreed | Facebook SW | Length: 1:20 min 1/6/2021 approx. 1:00 – 2:00 pm | Upper West Plaza |
| 20 | Video from Milstreed | Facebook SW | Length: 0:25 min 1/6/2021 approx. 1:00 – 2:00 pm | Northwest Lawn |
| 21 | Video from Milstreed | Facebook SW | Length: 0:20 min 1/6/2021 approx. 1:00 – 2:00 pm | Northwest Lawn |
| 22 | Video from Milstreed | Facebook SW | Length: 0:29 min 1/6/2021 approx. 2:00 pm – 3:00 pm | Upper West Terrace |

## III. Public-Source Videos

The following video clips, referenced in the government's Motion at the page numbers indicted below, are available through public sources and websites as follows. Copies of these videos can be downloaded and provided to the Court if requested.

| Page # | Description | Source | Length and Time or Date | Location Depicted |
|---|---|---|---|---|
| 13-14 | Milstreed in crosswalk, @ 0:13 | https://ia902302.us.archive.org/31/items/znDr3y4dE6mcWhSoo/znDr3y4dE6mcWhSoo.mpeg4 | Length: 7:15 min 1/6/2021 approx. 12:00 pm | U.S. National Mall |
| 15-16 | "Insurrection at the Capitol" video, @ 8:25 | https://www.youtube.com/watch?v=V3KpiJzBM6M&t=505s | Length: 1:32:05 1/6/2021 approx. 1:00 - 2:00 pm | Upper West Plaza |
| 17 | "Full video of initial breach and storming of Capitol grounds" video, @ 22:56 | https://www.youtube.com/watch?v=wUmomtBJg0U | Length: 1:25:40 1/6/2021 approx. 1:00 – 2:00 pm | Upper West Plaza |
| 19-20 | "US capitol protests. Why were cops attacking us?" video, @ 27:00 | https://www.youtube.com/watch?v=Qdr3mltKHA0&t=1633s | Length: 31:16 min 1/6/2021 approx. 1:00 – 2:00 pm | Upper West Plaza from Media Tower |
| 23-24 | Instagram "AP photographer attacked" video, @ 0:06 | https://www.instagram.com/p/CJxKMArpN0_/ | Length: 1:29 1/6/2021 at 1:35 pm | Upper West Plaza |
| 24-25 | "Daily Caller" video, @ 0:36 | https://ia904505.us.archive.org/5/items/p3CppCyeHTughshQB/p3CppCyeHTughshQB.mpeg4 | Length: 0:55 1/6/2021 at 2:05 pm | Upper West Plaza |

**IV.     Position on Public Release of Evidence**

The government does not object to the public release of any of the evidence on this list.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ *Emily W. Allen*
        EMILY W. ALLEN, Cal. Bar No. 234961
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, DC 20530
        emily.allen@usdoj.gov
        (907) 271-4724