NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number   1:2022cr00198

**RODNEY MILSTREED**
           (Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.


I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA           ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Rammy Barbari Bar No. 1032106
*(Attorney & Bar ID Number)*

Price Benowitz LLP
*(Firm Name)*

409 Seventh Street, NW, Suite 200
*(Street Address)*

Washington, DC 20004
*(City)          (State)          (Zip)*

(202) 870-0139
*(Telephone Number)*