UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>RONALD KENNETH MILSTREED, )<br>)<br>Defendant. )<br>) | Case No. 1:22-cr-198-JEB |

### ORDER

Upon consideration of the Defendant's Opposition to Appeal of Release Order and Proposed Briefing Schedule, it is hereby

**ORDERED**, that the release Order in Case No. 22-mj-93, is **AFFIRMED**; and it is hereby,

**FURTHER ORDERED**, that Mr. Milstreed is released pursuant to conditions contained therein, pending trial or resolution in this matter; and it is hereby,

**FURTHER ORDERED**, that a hearing on this issue is scheduled for 2:00 PM on June 23, 2022.

_____              _____
**DATE**                                             **JAMES E. BOASBERG**
                                                         **United States District Judge**