

     

05/25/2022

Reference; Rodney Milstreed

    Rodney has worked full time with Industrial Service Solutions for eight (8) years as a machinist. During Rodney's time with us he has been utilized at many of our locations and on site at our customer locations. He has always been reliable and earned the trust and confidence of coworkers, management, and facilities team members. Always courteous and respectful when discussing ideas or options with management and team members working out solutions to problems.

    Very talented machinist who can work out the most difficult of projects keeping customer requirements and good work practice up front while being respectful to ideas and concerns of others. I never have a concern when sending Rodney out to onsite jobs that he will always be respectful and courteous to plant personnel and team members.

    Rodney is a very valuable part of our team at Industrial Service Solutions, not only at the Brighton location but with the numerus other ISS locations around the country where he has been instrumental with achieving success for us all.

Best regards,

Glenn Stephenson
Branch Manager
Industrial Service Solution
221 N Kuner Rd
Brighton, CO. 80601

| Bay Valve Service | Precision Motor & Pump Services | AmeriMex Motors & Controls | Ram Motors & Controls | All-Pump Equipment Services | IPT |
|---|---|---|---|---|---|
| 4385 S. 123rd Street | 1822 EAST JACKSON ST | 610 N Milby St. | 2850 Appleton Street | 707 N. Drennan St | 675 W. Knox Road |
| Tukwila, WA 98268 | Phoenix, AZ 85004 | Houston, TX 77003 | Camp Hill, PA 17011 | Houston, Texas 77003 | Tempe, AZ 85284 |
| Ph (206) 267-3900 | Ph (602) 252-2821 | Ph (800) 550-4374 | Ph (877) 916-8018 | Ph (713) 868-1434 | Ph (480) 753-0220 |