UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:22-cr-198-JEB |
| ) | |
| RODNEY KENNETH MILSTREED, ) | |
| ) | |
| *Defendant.* ) | |

**DEFENDANT'S SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING**

Rodney Kenneth Milstreed, by and through undersigned counsel, respectfully files this supplement to his Memorandum in Aid of Sentencing. *See* Dkt. No. 41. The defendant supplements its sentencing memorandum with the additional information. In the portion of defendant's memorandum entitled "Dangerous Weapon Enhancement," Mr. Milstreed withdraws and deletes the following sentence: "It would be appropriate here for the Court to decline to apply or otherwise give any weight to the dangerous weapon enhancement in Mr. Milstreed's case, as he used a wooden pick handle carrying a Trump flag on it. *See* PSR at ¶ 30." Mr. Milstreed replaces that deleted sentence with the following: "While Mr. Milstreed is asking this Court for a variance generally, he is not asking the Court to apply a different guideline calculation than agreed upon by the parties, which includes the 4 level enhancement for the dangerous weapon."

Respectfully submitted,

_____/s/_____
David Benowitz
D.C. Bar No. 451557
Rammy G. Barbari
D.C. Bar No. 1032106
Price Benowitz, LLP

1

409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
David@PriceBenowitz.com
Rammy@pricebenowitz.com

*Counsel for Rodney Milstreed*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of September 2023, I caused a true and correct copy of the foregoing Defendant's Supplement to Memorandum In Aid of Sentencing to be delivered via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz
Rammy G. Barbari