A UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 22-cr-198 (JEB) |
| RODNEY KENNETH MILSTREED | |
| Defendant. | |

**UNOPPOSED MOTION FOR RESTITUTION HEARING**

As part of the plea agreement in this case (ECF 30), defendant Rodney Milstreed agreed to pay restitution pursuant to 18 U.S.C. § 3663(a)(3) and 18 U.S.C. § 3663A(c)(1). With regard to the nearly $3 million in damage to the United States Capitol that was caused by the January 6 riot, Milstreed agreed to pay $2,000 to the Architect of the Capitol. At the time of the plea agreement, the parties had not identified any victim who suffered financial losses resulting from Milstreed's assault—for which restitution would be mandatory under 18 U.S.C. § 3663A(c)(1). More recently, the government has collected information that Officer D.G., who was struck by Milstreed's wooden club and suffered a head injury and other medical problems as a result, has suffered losses—including costs that may be ongoing—resulting from Milstreed's assault (charged in Count One). Officer D.G. has provided the government with some records of his medical expenses, but has not yet been able to compile all of the records required to determine the amount of restitution to be requested. Officer D.G. has represented that he will continue to compile those records and provide them to the government as they are available.

Because Officer D.G. has not yet provided records of all of his existing expenses and costs, and because he may accrue additional losses, the victim's losses are not ascertainable by the date of sentencing. *See* 18 U.S.C. § 3664(d)(5). Accordingly, the government requests that the determination of the victim's losses and the full restitution order in this case be set for a date after

the sentencing hearing, not to exceed 90 days from that hearing.  *Id.*

     The government has conferred with counsel for defendant Milstreed, who do not oppose this request for a later restitution hearing.   The government requests that a date for the restitution hearing be set at the sentencing hearing on September 22, 2023, upon consultation with the parties and the Court.

                                     Respectfully submitted,

                                       MATTHEW M. GRAVES
                                       UNITED STATES ATTORNEY

By:    */s/ Emily W. Allen*
        EMILY W. ALLEN, Cal. Bar No. 234961
        Assistant United States Attorney
        601 D Street N.W.
        Washington, DC 200530
        emily.allen@usdoj.gov